UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

JEANETTE E. ROSE,

    Plaintiff,

v.

    Case No. 2:14-cv-1901
    CHIEF JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Kemp

Commissioner of
Social Security,

    Defendant.

## ORDER

On February 24, 2016, the Magistrate Judge issued a Report and Recommendation in this case recommending that the Plaintiff's Motion for an Award of Attorney's Fees Under the Equal Access to Justice Act be granted (ECF No. 22). The Report and Recommendation advised the parties that failure to object within fourteen days would result in a waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**, and Plaintiff is awarded an amount in total of $5,259.11 in attorney fees under 28 U.S.C. § 2412.

IT IS SO ORDERED.

5-4-2016
DATE

EDMUND A. SARGUS, JR.
CHIEF UNITED STATES DISTRICT JUDGE